THE STATE OF OHIO, APPELLEE, *v.* CRENSHAW, APPELLANT.

[Cite as *State v. Crenshaw* (1993), 66 Ohio St.3d 1.]

(No. 92-2177—Submitted January 5, 1993—Decided February 3, 1993.)

*Marvin Crenshaw, pro se.*

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

---

THE STATE EX REL. RICHARD, APPELLANT, *v.* WELLS, JUDGE, APPELLEE.

[Cite as *State ex rel. Richard v. Wells* (1993), 66 Ohio St.3d 1.]

(No. 92-1871—Submitted January 5, 1993—Decided February 3, 1993.)

*Donald L. Richard, Sr., pro se.*

*Stephanie Tubbs Jones,* Prosecuting Attorney, and *Laurence R. Snyder,* Assistant Prosecuting Attorney, for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.